412 A.2d 138

**Orville D. ANDERSON and Dorotha Anderson, husband and wife, Appellants,**

v.

**David L. SHAFFER, Edgar Ramsey and F. Wayne Woods, Supervisors of East Lackawannock Township, Mercer County, East Lackawannock Township, a political subdivision of Pennsylvania, and Commonwealth of Pennsylvania, Department of Transportation.**

Supreme Court of Pennsylvania.

Argued March 6, 1980.

Decided March 20, 1980.

Terry K. Wheeler, Greenville, for appellants.

Anna Belle Jones, Mercer, for East Lackawannock Tp. and Supervisors.

Stuart J. Moskovitz, Harrisburg, for Pa. Dept. of Transp.

Paul Logan, Asst. Atty. Gen., Harrisburg, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER OF COURT

### No. 112 March Term, 1979.

PER CURIAM.

And now, this 20th day of March, 1980, we order this case remanded to the Commonwealth Court for the purpose of determining whether the road in question is a public or private road. If the road is determined to be a public road, the Commonwealth Court is then to determine whether the road is a state or local road. The determination shall be made by taking the necessary testimony and permitting the Pennsylvania Department of Transportation and East Lackawannock Township to participate in the proceedings.

It is so Ordered.